UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EMILIANO MARCELINO JUAREZA,
individually and on behalf of others similarly
situated,

                Plaintiff,                18-CV-09889

              -against-               **NOTICE OF APPEARANCE**
                                                                    **BY ANDREAS KOUTSOUDAKIS**

THIRD AVENUE FOOD CORP. (D/B/A
TIVOLI CAFE), 283 3RD AVE. CORP. (D/B/A
TIVOLI CAFÉ), GUS KASSIMIS (A.K.A
CONSTAINOS A.K.A. CONTANTINE), AND
CARLOS DOE,

                Defendants,
-------------------------------------------------------X

      To the Clerk of this Court and all parties and attorneys of record, please take notice and enter the appearance of the undersigned as attorneys for defendants THIRD AVENUE FOOD CORP. (D/B/A TIVOLI CAFE), GUS KASSIMIS (A.K.A CONSTAINOS A.K.A. CONTANTINE), and CARLOS DOE named above. Pursuant to 28 U.S.C. § 1746, I certify and declare that I am duly admitted to practice before this Court.

Dated:  New York, New York
          October 29, 2018

                                          **LAW OFFICE OF A. KOUTSOUDAKIS, PLLC**

                                                /s/ Andreas Koutsoudakis
                                      By: Andreas Koutsoudakis, Esq. (AK4162)
                                      90 Broad Street, 2nd Floor
                                      New York, NY 10004
                                      (212) 386-7606
                                      akoutsoudakis@gmail.com
                                      Attorneys for Defendants