### *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200    Fax:(212) 317-1620

Emiliano Juarez

July 12, 2019

**Attention:**

File #:  TivoliCafe
Inv #:   Sample

RE:   Marcelino Juarez et al v. Third Avenue Food Corp. et al; 18-cv-09889

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-22-18 | Initial consultation with MF | 0.90 | 405.00 | MF |
| Oct-25-18 | Reviewed and Corrected Complaint | 1.50 | 675.00 | MF |
| Oct-27-18 | Reviewed Language of Complaint and Reclassified it for future use in the case | 0.30 | 135.00 | MF |
| Dec-15-18 | Prepared Damages Chart | 0.33 | 33.00 | PL |
| Jan-17-19 | Prepared Clients Initial Disclosures | 0.40 | 40.00 | PL |
| Feb-07-19 | discovery requests and notices of deposition | 0.50 | 125.00 | HA |
| Apr-05-19 | Phone call with client to discuss settlement | 0.10 | 10.00 | PL |
| May-15-19 | draft settlement agreement | 0.90 | 315.00 | PH |
| May-29-19 | emails and phone call with opposing counsel | 0.50 | 175.00 | PH |
| Jul-01-19 | emails with opposing counsel, draft fairness letter | 1.10 | 385.00 | PH |
| Jul-10-19 | meeting with client to review and execute settlement | 0.30 | 30.00 | PL |
| | Totals | 6.83 | $2,328.00 | |

**DISBURSEMENTS**

    Filing Fee                                                           400.00

    Totals                                                            $400.00

**Total Fee & Disbursements**                       $2,728.00

**Balance Now Due**                                   $2,728.00